RAISLER HEATING COMPANY, Respondent, v. WILLIAM HEYMAN, Appellant, Impleaded with RELIANCE BRONZE AND STEEL CORPORATION, Respondent, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements to the respondent Reliance Bronze and Steel Corporation. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of CHELSEA BANK AND TRUST COMPANY, in Liquidation.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BRANDT-ROSEN, INC., Respondent, v. MAX GOLDEN and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ..

CAROLINE M. ROBINSON, Appellant, v. HUBERT E. ROGERS and Others, Defendants. JOAB H. BANTON, Petitioner, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of AMERICAN PHENIX CORPORATION, a General Stockholder in New York Hamburg Corporation, for the Appointment of Appraisers to Appraise the Value of Its Stock.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY HORNBLOWER and Others, Respondents, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BERTHA COOPER, Respondent, v. ROBERT COOPER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NAUM LOS and OLGA LOS, Respondents, v. EMPIRE SQUARE REALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

REBECCA THRONE and ALBERT COHEN, as Assignees of MAX CHAIKEN, Appellants, v. NORTH RIVER INSURANCE COMPANY, Respondent.—Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of allowing items 2 and 3 of the notice of motion. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

REBECCA THRONE and ALBERT COHEN, as Assignees of MAX CHAIKEN, Respondents, v. NORTH RIVER INSURANCE COMPANY, Appellant.— Order affirmed, with